## GLOBAL TEL*LINK CORPORATION, Appellant

v.

## SECURUS TECHNOLOGIES, INC., Appellee

### 2016-2135

United States Court of Appeals, Federal Circuit.

June 19, 2017

PAUL ASHLEY AINSWORTH, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by

Byron Leroy Pickard, Lori A. Gordon, Michael Bradley Ray.

Jeffrey Bragalone, Bragalone Conroy PC, Dallas, TX, argued for appellee. Also represented by Justin Kimble, Daniel Fletcher Olejko, Terry Saad.

(Newman, Chen, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**